**VERUS LAW GROUP**
Holly Walker, Bar No.: 178356
3122 Santa Monica Blvd., Suite 302
Santa Monica, CA 90404
Telephone: (310) 453-5053
Facsimile: (310) 453-5083
e-mail: holly@veruslawgroup.com

Attorneys for Defendant
BROWN BARK II, L.P., as Assignee of
NC TWO, L.P., a Delaware limited partnership
erroneously sued as NC Two, LP, a limited partnership

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZING PACKAGING PENSION PLAN, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BRUCE SPORLEDER, an individual, CHRISTA LEE SPORLEDER, an individual, UNITED STATES DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE, NC TWO, L.P., a limited partnership, BUREAU OF MEDICAL ECONOMICS, a California corporation, Does 1 - 50,<br><br>Defendants. | CASE NO.: 09-cv-5129 - BZ<br><br>(PROPOSED) ORDER RE: REQUEST OF DEFENDANT BROWN BARK II, L.P. TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-10(a)<br><br>DATE:  June 14, 2010<br>TIME:  4:00p.m.<br>PLACE: Courtroom "G"<br><br>(The Honorable Magistrate Judge Bernard Zimmerman presiding) |

Defendant BROWN BARK II, L.P.'s Request to appear telephonically at the Case Management Conference in connection with the above matter on June 14, 2010 at 4:00 p.m. is hereby granted.

Dated: _____May 18, 2010_____     _____/s/ Bernard Zimmerman_____
The Honorable Magistrate Judge
Bernard Zimmerman

<u>Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.</u>

---

1

(PROPOSED) ORDER RE: REQUEST OF DEFENDANT BROWN BARK II, L.P. TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-10(a)