UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMAZING PACKAGING PENSION PLAN,<br><br>            Plaintiff(s),<br><br>     v.<br><br>MICHAEL BRUCE SPORLEDER, et al.,<br><br>            Defendant(s). | No. C09-5129 BZ<br><br>**ORDER REFERRING CASE TO ADR** |

**IT IS HEREBY ORDERED** that this matter is referred to the ADR Department to conduct a mediation as soon as possible, and by no later than **July 15, 2010**.

Dated: June 15, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\AMAZING PACKAGE V. SPORLEDER\ORDER REFERRING CASE TO ADR.wpd

1