**VERUS LAW GROUP**
Holly Walker, Bar No.: 178356
3122 Santa Monica Blvd., Suite 302
Santa Monica, CA 90404
Telephone: (310) 453-5053
Facsimile: (310) 453-5083
e-mail: holly@veruslawgroup.com

Attorneys for Defendant
BROWN BARK II, L.P., as Assignee of
NC TWO, L.P., a Delaware limited partnership
erroneously sued as NC Two, LP, a limited partnership

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZING PACKAGING PENSION PLAN, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BRUCE SPORLEDER, an individual, CHRISTA LEE SPORLEDER, an individual, UNITED STATES DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE, NC TWO, L.P., a limited partnership, BUREAU OF MEDICAL ECONOMICS, a California corporation, Does 1 - 50,<br><br>Defendants. | CASE NO.: 09-cv-05129 - BZ<br><br>(PROPOSED) ORDER RE: EXTENSION OF MEDIATION COMPLETION DATE<br><br>(The Honorable Magistrate Judge Bernard Zimmerman presiding) |

Pursuant to that certain Stipulation entered into by the parties, and good cause appearing,

IT IS HEREBY ORDERED that the mediation cut-off date is extended from July 14, 2010 to August 13, 2010.

Dated: 14 July 2010

_____
The Honorable Magistrate Judge
Bernard Zimmerman

1

(PROPOSED) ORDER RE: EXTENSION OF MEDIATION COMPLETION DATE