1  Eugene K. Yamamoto (State Bar No. 112245)
   LAW OFFICES OF EUGENE K. YAMAMOTO
2  Lakeside Regency Plaza
   1555 Lakeside Drive, Suite 64
3  Oakland, CA 94612
   Telephone:  (510) 433-9340
4  Facsimile:   (510) 433-9342

5  Attorneys for Plaintiff
   Amazing Packaging Pension Plan
6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE NORTHER DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | AMAZING PACKAGING PENSION        | No.  09-5129 BZ
   | PLAN, a California corporation,  |
13 |                                  |
   |         Plaintiff,               |
14 |                                  | EX PARTE APPLICATION TO
   |     vs.                          | APPROVE STIPULATION TO
15 |                                  | DISMISS CASE WITHOUT
   |                                  | PREJUDICE AND ORDER THEREON
16 | MICHAEL BRUCE SPORLEDER, an      |
   | individual, and CHRISTA LEE      |
17 | SPORLEDER, an individual, UNITED | The Honorable Bernard Zimmerman,
   | STATES DEPARTMENT OF THE         | United States Magistrate Judge
18 | TREASURY – INTERNAL REVENUE      |
   | SERVICE, NC Two, LP, a limited   |
19 | partnership, BUREAU OF MEDICAL   |
   | ECONOMICS, a California corporation,|
20 | and Does 1-50,                   |
21 |         Defendants.              |

22

23      Plaintiff, Amazing Packaging Pension Plan ("AP"), Defendant, the United States of

24 America ("U.S."), and Defendant, Brown Bark II, L.P. ("Brown Bark"), as assignee of NC

25 Two, L.P., a Delaware limited partnership, enter into the following stipulation and apply

26 *ex parte* and pursuant to the stipulation, for an order dismissing the case without

27 prejudice.

28
                                          - 1 -                Amazing Packaging v. Sporleder

Ex Parte Application And Stipulation To Amend Complaint And [Proposed] Order Thereon

**Brief Procedural Background And Stipulated Facts**

1. This Case was previously pending in the Superior Court for the State of California, County of Santa Clara.(Case No. 109CV140000) ("State Case"). There are five initial named defendants, Michael Sporleder, Christa Sporleder, the US, NC Two, LP ("NC Two") and the Bureau of Medical Economics (although a recent title search indicates that there are additional defendants to be named). In addition, Doe Defendants 1-50 are also provided for. All of the named defendants claim an interest in the underlying real property and single family home thereon located at 23 Loma Alta Avenue, Los Gatos, CA, 95030 ("Property"), with the exception that Defendant, Brown Bark, asserts that it is the assignee of NC Two's judgment and lien and asserts the interest in the Property previously held by NC Two. The Property is owned by defendants Michael and Christa Sporleder ("Sporleders").

2. This Case, as it is presently postured, seeks alternative remedies of: (i) the reestablishment of its originally recorded Deed of Trust in favor of AP which was mistakenly reconveyed ("Deed of Trust"); or (ii) the determination that an equitable lien in favor of AP arose upon the mistaken reconveyance of the Deed of Trust ("Equitable Lien"). AP seeks to establish the priority of its Deed of Trust or Equitable Lien as against the interests of each of the named Defendants.

3. Defendants, the U.S. and Brown Bark, are named defendants in the State Case due to the fact that the U.S. holds a federal tax lien on the Property and Brown Bark asserts a judicial lien against the Property.

4. All of the named defendants in the State Case were served with process by AP in the State Case, including the U.S. Brown Bark answered on behalf of itself as assignee of NC Two who had been served by AP.

5. Upon being served with process in the State Case, the U.S. removed this case to the United States District Court for the Northern District of California San Francisco Division (the "Court") which brought the State Case into this Court in the above-captioned case ("District Case"), and this District Case was then assigned to the

Honorable Bernard Zimmerman, United States Magistrate Judge.

7. The only named defendant to answer in the State Case was Defendant NC Two, LP, through its successor in interest, Brown Bark. The U.S. has appeared but not answered in this case.

9. Pursuant to agreement between the lienholders of record and defendants, the Sporleders, the Property was sold and the proceeds were divided up among various defendants, including plaintiff, AP and defendant, Brown Bark.

10. The consensual sale of the Property effectively moots the relief requested in the underlying case and AP and Brown Bark wish to dismiss this case without prejudice.

**STIPULATION**

Now, in consideration of the foregoing, the Parties stipulate and agree as follows:

1. The underlying case should be dismissed without prejudice, with all parties to bear their own attorneys fees and costs.

2. This Stipulation may be signed in counterpart and is deemed one fully executed agreement when each of the Parties hereto has signed the Stipulation.

3. In the interest of time, a scanned or faxed copy of any of the Parties signatures may be used in connection with execution of this Stipulation.

4. This Stipulation may be presented *ex parte* for approval by the Court through issuance of the attached Order or a similarly worded Order.

Dated: September 27, 2010.                VERUS LAW GROUP

By _____
Holly Walker, Attorneys for Defendant Brown Bark II, L.P.

1 | Dated: September 27, 2010.  LAW OFFICES OF EUGENE K. YAMAMOTO

By_____
Eugene K. Yamamoto
Attorney for Plaintiff,
Amazing Packaging Pension Plan

**ORDER**

Based upon the foregoing Stipulation, the pleadings and proceedings in this Case, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned case is dismissed without prejudice with all parties to bear their own fees and costs.

Dated: September 30, 2010.

_____
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE